**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | WA, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 75-3031711 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **720 Pete Rose Way** <br> **Suite 310** <br> **Cincinnati, OH 45202** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamilton** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **WA, Inc.**

Name                                                                Case number (*if known*)

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

Debtor    **WA, Inc.** _____    Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

     Contact name _____

     Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **WA, Inc.**

Name

Case number (*if known*)

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **WA, Inc.** _____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  1, 2021** _____
MM / DD / YYYY

**X** **/s/ Henry Wilson** _____        **Henry Wilson** _____
Signature of authorized representative of debtor                Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Robert A. Goering** _____      Date **October  1, 2021** _____
Signature of attorney for debtor                              MM / DD / YYYY

**Robert A. Goering** _____
Printed name

**Goering & Goering** _____
Firm name

**220 West Third Street**
**Cincinnati, OH 45202** _____
Number, Street, City, State & ZIP Code

Contact phone   **(513) 621-0912** _____    Email address _____

**0003884 OH** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **WA, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 1, 2021**     *X* **/s/ Henry Wilson**
                                   Signature of individual signing on behalf of debtor

                                     **Henry Wilson**
                                     Printed name

                                     **PRESIDENT**
                                     Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WA, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT&T c/o MidInd Bankruptcy 5407 Andrews Hwy Midland, TX 79706 | | services | | | | $5,978.00 |
| Cannon Design Ohio, Inc. 1100 Clark Ave. Saint Louis, MO 63102 | | Consulting from 2019 | | | | $296,541.00 |
| Cincinnati Bell PO Box 748003 Cincinnati, OH 45274 | | Services | | | | $3,473.00 |
| City of Cincinnati Income Tax 805 Central Ave Ste 600 Cincinnati, OH 45202 | | Income Taxes | | | | $25,358.88 |
| City of St. Louis Collector Revenue Office of St. Louis Earnings and Payroll Tax Division 1200 Market St. Rm. 410 Saint Louis, MO 63103 | | Withholding Tax | | | | $10,653.76 |
| Colonial Life & Accident Insurance 2211 Congress Street B-259 Portland, ME 04122 | | Backrent | | | | $54,183.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

| Debtor | **WA, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Columbus Income Tax Division 77 N. Front Street 2nd Floor Columbus, OH 43215** | | **Income taxes** | | | | **$5,245.67** |
| **Fosdick & Hilmer 525 Vine Street #1100 Cincinnati, OH 45202** | | **Consulting from 2019** | | | | **$82,720.00** |
| **ImaginiT Technologies Rand Worldwide Subsidiary, Inc. 28127 Network PLace Chicago, IL 60673** | | **Services** | | | | **$18,653.00** |
| **Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346** | | **Withholding Tax** | | | | **$47,054.39** |
| **Jerry Kanter 4439 Reading Road Cincinnati, OH 45229** | | **Service** | | | | **$6,575.00** |
| **Kentucky State Treasurer 1050 US-127 #100 Frankfort, KY 40601** | | **Withholding Tax** | | | | **$4,469.02** |
| **Missouri Department of Labor PO Box 59 Jefferson City, MO 65104** | | **Unemployment Tax** | | | | **$7,241.80** |
| **MIssouri Department of Revenue 301 W. High Street Jefferson City, MO 65101** | | **Income Tax** | | | | **$16,096.00** |
| **Ohio Department of Taxation Attn: Bankruptcy Division P O Box 530 Columbus, OH 43266-0030** | | **Withholding Tax** | | | | **$38,514.36** |

| Debtor | **WA, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Preview Group 632 Race Street, 2nd Floor Cincinnati, OH 45202** | | **Services** | | | | **$12,200.00** |
| **Prospera Solutions Group 360 Gest Street Cincinnati, OH 45203-6000** | | **Services** | | | | **$18,882.00** |
| **Small Business Admin- United States US Attorney General's Office Main Justice Building 10th & Constitution Avenue Washington, DC 20530** | | **PPP Loan** | | | | **$242,000.00** |
| **The Kleinger Group 6305 Centre Park Drive West Chester, OH 45069** | | **Consulting from 2019** | | | | **$6,810.00** |
| **Walker Consultants 6602 E. 75th Street, Floor 201 Indianapolis, IN 46250** | | **Consulting from 2018-2019** | | | | **$16,357.00** |

**Fill in this information to identify the case:**

Debtor name __**WA, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................. $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................................. $ _____ 319,914.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................ $ _____ 319,914.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................ $ _____ 17,280.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 154,633.88

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ _____ 1,104,616.00

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,276,529.88

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **WA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **Chase Bank** | **Checking** | | $261.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | $261.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1. **Regus Prepayment for Lease of office space signed on August 1, 2021** | $5,200.00 |

9. **Total of Part 2.** | $5,200.00
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **WA, Inc.**
Name

Case number *(If known)* _____

---

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____ **309,153.00** - _____ **0.00** = .... _____ **$309,153.00**
face amount                                    doubtful or uncollectible accounts

---

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $309,153.00 |

---

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials**<br>**Misc. Supplies** | | $300.00 | N/A | $300.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $300.00 |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **WA, Inc.**                                              Case number *(If known)* _____
          Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached Schedule | **$69,000.00** | | **$5,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                              | **$5,000.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **WA, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **WA, Inc.** | Case number *(If known)* | |
|--------|-----------|------------|--|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $261.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $309,153.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $319,914.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $319,914.00 |

**Fill in this information to identify the case:**

Debtor name  **WA, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

| 2.1 | **United Leasing & Finance** | Describe debtor's property that is subject to a lien | **$17,280.00** | **$18,000.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Oce PlotWave 365 Printing System**
**Dell Poweredge T430 Server System**

**Attn: Mike Stoddart**
**3700 Morgan Avenue**
**Evansville, IN 47715**

**Sale disguised as a lease.**

Creditor's mailing address

Describe the lien
**UCC**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**6/25/2018**

Last 4 digits of account number
**1721**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$17,280.00**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **WA, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Cincinnati Income Tax**<br>**805 Central Ave Ste 600**<br>**Cincinnati, OH 45202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,358.88 | $25,358.88 |
|  | Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**Income Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of St. Louis Collector Revenue**<br>**Office of St. Louis**<br>**Earnings and Payroll Tax Division**<br>**1200 Market St. Rm. 410**<br>**Saint Louis, MO 63103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,653.76 | $10,653.76 |
|  | Date or dates debt was incurred<br>**2018-2020** | Basis for the claim:<br>**Withholding Tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **WA, Inc.**
Name

Case number (if known)

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,245.67 | $5,245.67 |

**Columbus Income Tax Division**
**77 N. Front Street**
**2nd Floor**
**Columbus, OH 43215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018- 2020**

Basis for the claim:
**Income taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,054.39 | $47,054.39 |

**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,469.02 | $4,469.02 |

**Kentucky State Treasurer**
**1050 US-127 #100**
**Frankfort, KY 40601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018, 2019, 2021**

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,241.80 | $7,041.80 |

**Missouri Department of Labor**
**PO Box 59**
**Jefferson City, MO 65104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2020**

Basis for the claim:
**Unemployment Tax**

Last 4 digits of account number **6000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor __WA, Inc._____     Case number *(if known)* _____

    Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,096.00 | $16,096.00 |
|-----|---|---|---|---|

**Missouri Department of Revenue**
**301 W. High Street**
**Jefferson City, MO 65101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019-2020**

Basis for the claim:
**Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,514.36 | $38,514.36 |
|-----|---|---|---|---|

**Ohio Department of Taxation**
**Attn:  Bankruptcy Division**
**P O Box 530**
**Columbus, OH 43266-0030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019, 2020, & 2021**

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number **9222**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,062.00 |
|-----|---|---|---|

**8th & Broadway LLC**
**c/o Colliers International**
**425 Walnut St**
**Suite 1200**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

Basis for the claim:  **Rent 2018**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,978.00 |
|-----|---|---|---|

**AT&T**
**c/o MidInd Bankruptcy**
**5407 Andrews Hwy**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019-current**

Basis for the claim:  **services**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $296,541.00 |
|-----|---|---|---|

**Cannon Design Ohio, Inc.**
**1100 Clark Ave.**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

Basis for the claim:  **Consulting from 2019**

**Last 4 digits of account number  1047**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | WA, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | **Nonpriority creditor's name and mailing address**

**Cincinnati Bell**
**PO Box 748003**
**Cincinnati, OH 45274**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,473.00**

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Cincinnati Bell Technology Solutions**
**4650 Montgomery Road**
**Cincinnati, OH 45212**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,531.00**

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Colonial Life & Accident Insurance**
**2211 Congress Street**
**B-259**
**Portland, ME 04122**

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Backrent**

Is the claim subject to offset? ■ No ☐ Yes

**$54,183.00**

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Fosdick & Hilmer**
**525 Vine Street #1100**
**Cincinnati, OH 45202**

Date(s) debt was incurred **2019**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting from 2019**

Is the claim subject to offset? ■ No ☐ Yes

**$82,720.00**

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Gatherwright, Freeman, & Associates**
**541 Buttermilk Pike**
**Ft Mitchell, KY 41017**

Date(s) debt was incurred **2017-2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,784.00**

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Henry Wilson Jr.**
**6737 Elwynne Dr.**
**Cincinnati, OH 45236**

Date(s) debt was incurred **2015-current**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$180,115.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**

**ImaginiT Technologies**
**Rand Worldwide Subsidiary, Inc.**
**28127 Network PLace**
**Chicago, IL 60673**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$18,653.00**

---

| Debtor | **WA, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,575.00** |
|---|---|---|---|

**Jerry Kanter**
**4439 Reading Road**
**Cincinnati, OH 45229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019-2021

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,200.00** |
|---|---|---|---|

**Preview Group**
**632 Race Street, 2nd Floor**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,882.00** |
|---|---|---|---|

**Prospera Solutions Group**
**360 Gest Street**
**Cincinnati, OH 45203-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020 & 2021

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154,752.00** |
|---|---|---|---|

**Richard Mellott**
**2121 St. James Ave.**
**Cincinnati, OH 45206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2019

**Basis for the claim:** __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$242,000.00** |
|---|---|---|---|

**Small Business Admin- United States**
**US Attorney General's Office**
**Main Justice Building**
**10th & Constitution Avenue**
**Washington, DC 20530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

**Basis for the claim:** __PPP Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,810.00** |
|---|---|---|---|

**The Kleinger Group**
**6305 Centre Park Drive**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

**Basis for the claim:** __Consulting from 2019__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,357.00** |
|---|---|---|---|

**Walker Consultants**
**6602 E. 75th Street, Floor 201**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2018-2019

**Basis for the claim:** __Consulting from 2018-2019__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | WA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no other need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Colonial Life**<br>**Sawyer Point Building ID FUR001**<br>**PO Box 6112**<br>**Hicksville, NY 11802** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **District Director of IRS**<br>**P O Box 1706**<br>**Louisville, KY 70201** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Gregory F.X. Daly**<br>**Office of St. Louis**<br>**Earnings and Payroll Tax Division**<br>**1200 Market St. Rm. 410**<br>**Saint Louis, MO 63103** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Peter Hahn**<br>**Benesch, Friedlander, Coplan &**<br>**Aronoff LLP**<br>**41 South High Street, Suite 2600**<br>**Columbus, OH 43215** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Attorney**<br>**77 N. Front Street**<br>**2nd Floor**<br>**Columbus, OH 43215** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Attorney**<br>**221 East Fourth Street**<br>**Suite 400**<br>**Cincinnati, OH 45202** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **US Attorney**<br>**221 East Fourth Street**<br>**Suite 400**<br>**Cincinnati, OH 45202** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **US Attorney General**<br>**950 Pennsylvania Ave.**<br>**Washington, DC 20530-0001** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 154,633.88 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,104,616.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,259,249.88 |

**Fill in this information to identify the case:**

Debtor name **WA, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Office Space located at 611 N. 10th Street, Suite 600, St. Louis. MO 63101 Monthly** |
| State the term remaining | |
| List the contract number of any government contract | **770 Curlee LLC** <br> **611 N. 10th Street, Suite 340** <br> **Saint Louis, MO 63101** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease at 720 East Pete Rose Way** |
| State the term remaining | **Ends in April 2026** |
| List the contract number of any government contract | **Colonial Life & Accident Insurance** <br> **2211 Congress Street** <br> **B-259** <br> **Portland, ME 04122** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Autocad Software** |
| State the term remaining | **10 months** |
| List the contract number of any government contract | **ImaginiT Technologies** <br> **Rand Worldwide Subsidiary, Inc.** <br> **28127 Network PLace** <br> **Chicago, IL 60673** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Office Space located at PNC Center 201 Fifth Street, Suite 1900 Cincinnati, OH 45202.** |
| State the term remaining | **6 months** |
| List the contract number of any government contract | **Regus** <br> **201 E. 5th Street** <br> **Cincinnati, OH 45202** |

| Debtor 1 | **WA, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | |
| | **Lease for Equipment for Dell Poweredge T430 Server System & OCE Plotwave 365** | |
| State the term remaining | **2 Years ending in October 2023** | **United Leasing & Finance** |
| | | **Attn: Mike Stoddart** |
| List the contract number of any government contract | | **3700 Morgan Avenue** |
| | | **Evansville, IN 47715** |

**Fill in this information to identify the case:**

Debtor name  **WA, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City      State      Zip Code | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **WA, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$998,701.00** |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$1,802,018.00** |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$1,687,987.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor   **WA, Inc.**                                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | **9/13/2021**<br>**8/10/2021**<br>**7/21/2021** | **$30,903.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Taxes** |
| 3.2.  **Anthem Insurance**<br>**P O Box 37180**<br>**Louisville, KY 40233-7180** | **August 30, 2021** | **$23,211.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Ordinary Employee Health Insurance payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Henry Wilson Jr.**<br>**6737 Elwynne Dr.**<br>**Cincinnati, OH 45236**<br>**President** | **October 1, 2020-**<br>**October 1, 2021** | **$0.00** | **Payroll loans made by Mr. Wilson in the amount of $142,100 were later reimbursed to Mr. Wilson in the amount of $112,100.** |
| 4.2.  **Richard Mellott**<br>**2121 St. James Ave.**<br>**Cincinnati, OH 45206**<br>**Vice President** | **October 2020 to October 2021** | **$0.00** | **Payroll loans made by Mr. Mellott in the amount of $5,000 were later reimbursed to Mr. Mellott in the amount of $19,000.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | WA, Inc. | | Case number *(if known)* | |

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cannon Design Ohio, Inc. vs. Debtor** A-2101047 | **Suit for money** | **Hamilton County Court of Common Pleas 1000 Main Street Cincinnati, OH 45202** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goering & Goering 220 West Third Street Cincinnati, OH 45202** | **Attorney Fees** | **9/17/2021** | **$40,000.00** |
| | Email or website address **eric@goering-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor     **WA, Inc.**                                     Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 807 Broadway, 3rd Floor Cincinnati, OH 45202 | 9/2009-1/2019 |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ■ No Go to Part 10.
     ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | WA, Inc. | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | WA, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jerry Kanter**<br>**4439 Reading Road**<br>**Cincinnati, OH 45229** | **Last 5 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Debtor** | |
| 26c.2.   **Jerry Kanter**<br>**4439 Reading Road**<br>**Cincinnati, OH 45229** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **WA, Inc.**                                                      Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Henry Wilson Jr. | 6737 Elwynne Dr. Cincinnati, OH 45236 | President | 51% shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Richard Mellott | 2121 St. James Ave. Cincinnati, OH 45206 | Vice President | 45% shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Wade A. Price | 716 Avon Fields Lane Cincinnati, OH 45229 | Director | 4% shareholder |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | | | | Salary- $5,000 |
| | Henry Wilson Jr. 6737 Elwynne Dr. Cincinnati, OH 45236 | Salary $5,000 | October 2020 to Current | See SFA Question 4 answer regarding Payroll Loans. |
| | Relationship to debtor President | | | |
| 30.2. | | | | Salary $4,500 |
| | Richard Mellott 2121 St. James Ave. Cincinnati, OH 45206 | Salary- $4,500 | October 2020- current | See SFA Question 4 answer regarding Payroll Loans. |
| | Relationship to debtor Vice President | | | |

Debtor    **WA, Inc.**                                                                  Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Wade A. Price**<br>**716 Avon Fields Lane**<br>**Cincinnati, OH 45229** | **Salary of $49,344** | **October 2020 to Current** | **Salary** |
| | Relationship to debtor<br>**Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **No, only employee contributions are paid to pension fund and payments are up to date.** | **EIN:    75-3031711** |

Debtor    **WA, Inc.**                                                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  1, 2021**

**/s/ Henry Wilson**                                        **Henry Wilson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Ohio

In re  **WA, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 17,610.00 |
| Prior to the filing of this statement I have received | $ 17,610.00 |
| Balance Due | $ 0.00 |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor     □ Other (specify):

4.  The source of compensation to be paid to me is:

□ Debtor     ■ Other (specify):   **Counsel is holding $ 20,652 in trust for any further services as part of the
Chapter 11**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October  1, 2021**
*Date*

**/s/ Robert A. Goering**
**Robert A. Goering**
*Signature of Attorney*
**Goering & Goering**
**220 West Third Street**
**Cincinnati, OH 45202**
**(513) 621-0912**
*Name of law firm*

---

# United States Bankruptcy Court
### Southern District of Ohio

In re __WA, Inc.__ _____      Case No. _____

                                        Debtor(s)           Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Henry Wilson Jr.**<br>**6737 Elwynne Dr.**<br>**Cincinnati, OH 45236** | | **51** | |
| **Richard Mellott**<br>**2121 St. James Ave.**<br>**Cincinnati, OH 45206** | | **45** | |
| **Wade A. Price**<br>**716 Avon Fields Lane**<br>**Cincinnati, OH 45229** | | **4** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  1, 2021** _____      Signature   **/s/ Henry Wilson**
                                                        **Henry Wilson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

770 Curlee LLC
611 N. 10th Street, Suite 340
Saint Louis MO 63101

8th & Broadway LLC
c/o Colliers International
425 Walnut St
Suite 1200
Cincinnati OH 45202

AT&T
c/o Midlnd Bankruptcy
5407 Andrews Hwy
Midland TX 79706

Cannon Design Ohio, Inc.
1100 Clark Ave.
Saint Louis MO 63102

Cincinnati Bell
PO Box 748003
Cincinnati OH 45274

Cincinnati Bell Technology Solutions
4650 Montgomery Road
Cincinnati OH 45212

City of Cincinnati Income Tax
805 Central Ave Ste 600
Cincinnati OH 45202

City of St. Louis Collector Revenue
Office of St. Louis
Earnings and Payroll Tax Division
1200 Market St. Rm. 410
Saint Louis MO 63103

Colonial Life
Sawyer Point Building ID FUR001
PO Box 6112
Hicksville NY 11802

Colonial Life & Accident Insurance
2211 Congress Street
B-259
Portland ME 04122

Columbus Income Tax Division
77 N. Front Street
2nd Floor
Columbus OH 43215

District Director of IRS
P O Box 1706
Louisville KY 70201

Fosdick & Hilmer
525 Vine Street #1100
Cincinnati OH 45202

Gatherwright, Freeman, & Associates
541 Buttermilk Pike
Ft Mitchell KY 41017

Gregory F.X. Daly
Office of St. Louis
Earnings and Payroll Tax Division
1200 Market St. Rm. 410
Saint Louis MO 63103

Peter Hahn
Benesch, Friedlander, Coplan &
Aronoff LLP
41 South High Street, Suite 2600
Columbus OH 43215

Henry Wilson Jr.
6737 Elwynne Dr.
Cincinnati OH 45236

ImaginiT Technologies
Rand Worldwide Subsidiary, Inc.
28127 Network PLace
Chicago IL 60673

Internal Revenue Service
P O Box 7346
Philadelphia PA 19101-7346

Jerry Kanter
4439 Reading Road
Cincinnati OH 45229

Kentucky State Treasurer
1050 US-127 #100
Frankfort KY 40601

Missouri Department of Labor
PO Box 59
Jefferson City MO 65104

MIssouri Department of Revenue
301 W. High Street
Jefferson City MO 65101

Ohio Department of Taxation
Attn: Bankruptcy Division
P O Box 530
Columbus OH 43266-0030

Preview Group
632 Race Street, 2nd Floor
Cincinnati OH 45202

Prospera Solutions Group
360 Gest Street
Cincinnati OH 45203-6000

Regus
201 E. 5th Street
Cincinnati OH 45202

Richard Mellott
2121 St. James Ave.
Cincinnati OH 45206

Small Business Admin- United States
US Attorney General's Office
Main Justice Building
10th & Constitution Avenue
Washington DC 20530

The Kleinger Group
6305 Centre Park Drive
West Chester OH 45069

U.S. Attorney
77 N. Front Street
2nd Floor
Columbus OH 43215

United Leasing & Finance
Attn: Mike Stoddart
3700 Morgan Avenue
Evansville IN 47715

US Attorney
221 East Fourth Street
Suite 400
Cincinnati OH 45202

US Attorney General
950 Pennsylvania Ave.
Washington DC 20530-0001

Walker Consultants
6602 E. 75th Street, Floor 201
Indianapolis IN 46250

# United States Bankruptcy Court
## Southern District of Ohio

In re   __WA, Inc._____   Case No. _____

                                        Debtor(s)       Chapter   __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __WA, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October  1, 2021_____          __/s/ Robert A. Goering_____
Date                                          **Robert A. Goering**
                                              Signature of Attorney or Litigant
                                              Counsel for   __WA, Inc._____
                                              **Goering & Goering**
                                              **220 West Third Street**
                                              **Cincinnati, OH 45202**
                                              **(513) 621-0912**